# KELLER, FISHBACK & JACKSON LLP

LOS ANGELES · NEW YORK · OAKLAND · NEWPORT BEACH

**GRANTED**
/s/ Jacqueline S. Corley
Judge Jacqueline Scott Corley

July 16, 2014

Hon. Jacqueline S. Corley
United States District Court, Northern District of California
450 Golden Gate Avenue,
Court Room F, 15th Floor
San Francisco, CA 94102

**ALL DEFENDANTS**
*(See Attached Service List)*

Re: Ridgedell, *et al.* v. A.W. Chesterton Company, Inc., *et al.*
USDC Northern District of CA Case No. 3:12-cv--CRB

To The Honorable Jacqueline S. Corley:

Please accept this letter as plaintiff's request to be excused from personally appearing at the settlement conference presently scheduled for August 5, 2014 at 1:30 p.m. Mrs. Ridgedell is 77 years old and in declining health. Mrs. Ridgedell lives in the state of Virginia and is not able to travel long distances. Plaintiff has given their counsel full unlimited settlement authority such that her absence would not be an inconvenience to the parties or this Court in the course of the settlement discussions. Plaintiff has previously sent a letter to all parties inquiring whether or not any party had an objection to plaintiff's absence. To date, no party has communicated that it objected to the absence of plaintiff at the settlement conference. As such, for the foregoing reasons, plaintiff respectfully requests that she be excused from attending the settlement conference on August 5, 2014.

With regards,

*/s/ Diran Tashjian*

Diran H. Tashjian
Attorneys for Plaintiff